**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ANTHONY YOUNG, JR. (#325559)**

**VERSUS**

**JOHN BEL EDWARDS, ET AL.**

**CIVIL ACTION NO.**

**21-227-JWD-EWD**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 3, 2022 (Doc. 8), to which an objection was filed and considered (Doc. 9);

**IT IS ORDERED** that Plaintiff Anthony Young, Jr.'s federal claims are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, that the Court declines to exercise supplemental jurisdiction over any potential state law claims, and that this matter shall be CLOSED.

**IT IS FURTHER ORDERED** that leave to amend shall be denied, if sought, as Young cannot state a § 1983 claim consistent with the facts alleged for his conviction by a non-unanimous jury and *Ramos v. Louisiana* does not apply retroactively.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 18, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**